**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:16-cv-00064-MR**

| | |
|---|---|
| **RAY WILLIAMS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **JUDGMENT** |
| ) | |
| **NANCY A. BERRYHILL, Acting** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

**FOR THE REASONS** stated in the Memorandum of Decision and Order entered contemporaneously herewith, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Defendant's Motion for Summary Judgment is **DENIED**, and the Plaintiff's Motion for Summary Judgment is **GRANTED**. Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the decision of the Commissioner under Sentence Four of 42 U.S.C. § 405(g), the decision of the Commissioner is **REVERSED** and this case is hereby **REMANDED** for further administrative proceedings.

Signed: March 8, 2017

Martin Reidinger
United States District Judge